# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

H.M., an individual;

        Plaintiff

-against-

RED LION HOTELS
CORPORATION et al.

        Defendants.

CIVIL ACTION NO:1:19-CV-04859-JPB

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff files this Notice of Voluntary Dismissal Without Prejudice as to all Defendants.

Accordingly, Plaintiff hereby requests the Court dismiss all Defendants from this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: May 13, 2020

Respectfully submitted,

*/s/ John T. Mitchell, Jr.*
John T. Mitchell, Jr. (GA: 513550)
**John T. Mitchell, Jr. LLC**
3646 Vineville Avenue
Macon, GA 31204
Telephone: (478) 477-8485
Facsimile:  (478) 477-8043
Email: jmitchell@jtmitchelllaw.com
*Attorneys for Plaintiff, H.M.*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this **13th** day of **May, 2020**, I electronically filed the foregoing **Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41** on the CM/ECF filing system in Case No. 1:19-cv-04859-JPB in the Northern District of Georgia, thereby sending notice of said filing to all counsel of record in this matter.

*/s/ John T. Mitchell, Jr.*
John T. Mitchell, Jr.